UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PATRICIA KENNEDY,**

    **Plaintiff,**

**v.**     **Case No: 6:17-cv-605-Orl-41GJK**

**RHODA SOLANO and SOLANO ENTERPRISES, INC.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Rule 16 case management conference (Min. Entry Doc. 41). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 42), in which he recommends that the Court lift the Scheduling Order's (Doc. 6) stay on formal discovery and issue a case management and scheduling order in accordance with the deadlines he recommended.

After a *de novo* review of the record, and noting that both parties filed Notices of No Objection to the Report and Recommendation (Doc. Nos. 43, 44), the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Scheduling Order's stay on formal discovery shall be lifted.

3. A case management and scheduling order will be entered separately.

**DONE** and **ORDERED** in Orlando, Florida on December 13, 2017.



Copies furnished to:

Counsel of Record