**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PATRICIA KENNEDY, Individually, :
: Case No.: 6:17-cv-605-ORL-41-GJK
      Plaintiff, :
v. :
:
RHODA SOLANO, :
aka RHODA SOLANO-BRENNAN, and :
SOLANO ENTERPRISES, INC., :
dba SUNSET CAFÉ, :

      Defendants.
_____/

**PLAINTIFF'S MOTION TO STRIKE AND/OR FOR STAY**

Plaintiff, by and through undersigned counsel, hereby moves to strike Defendant's Second Motion For Attorney Fees, filed at DE 66, as being untimely filed. In the alternative, Plaintiff moves for a stay, and states as follows:

1. Plaintiff commenced the instant action pursuant to Title III of the Americans With Disabilities Act, 42 U.S.C. Sections 12181, et seq. ("ADA") for injunctive relief to remove the barriers at Defendants' place of public accommodation which discriminated against her on the basis of her disability.

2. On January 18, 2018, this Court granted Defendant's Motion To Dismiss, holding that Plaintiff did not have standing to sue. DE 55.

3. Plaintiff filed a Notice of Appeal on January 22, 2018. DE 56.

4. On February 1, 2018, Defendant filed a Motion For Attorney Fees. DE 59. That Motion was denied by Order of this Court which held that Defendant could renew the

        Motion after the appellate proceedings had concluded. DE 63.

5. On May 29, 2018, the Eleventh Circuit Court of Appeals affirmed the decision of this Court. However, the mandate had not yet been issued. DE 65.

6. On June 7, 2018, Plaintiff timely filed a Petition For Rehearing En Banc with the Eleventh Circuit.

7. On June 11, 2018, Defendant filed its Second Motion For Attorney Fees. DE 66.

## MEMORANDUM

Defendant's Second Motion For Attorney Fees is untimely. No mandate has been issued by the Eleventh Circuit Court Of Appeals and the appellate proceedings have not concluded. Therefore, jurisdiction still lies with the Eleventh Circuit.

Under Fed. R. App. P. 41(d)(1): "The timely filing of a petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, stays the mandate until disposition of the petition or motion, unless the court orders otherwise."

Because no mandate has been issued and the Eleventh Circuit has not ruled on Plaintiff's Petition For Rehearing En Banc, Defendant's Motion is untimely filed. Moreover, Defendant's Motion violates this Court's own prior Order of February 5, 2018, which stated that Defendant could only renew its motion after the appellate proceedings have concluded. Those proceedings have not concluded.

WHEREFORE, Defendant's motion should be stricken as untimely filed. In the alternative, Plaintiff respectfully requests that this Court issue an order staying proceedings on said motion and allow Plaintiff 14 days after the Eleventh Circuit issues a mandate in which to file a response thereto.

I hereby certify that, pursuant to Local Rule 3.01(g), I conferred in good faith with counsel for Defendant and they oppose this request.

                    Respectfully submitted.

                    /s/ Thomas B. Bacon
                    Thomas B. Bacon, P.A.
                    644 North Mc Donald St.
                    Mt. Dora, FL 32757
                    ph. (954) 478-7811
                    tbb@thomasbaconlaw.com
                    FBN: 139262

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was delivered via the CM/ECF filing portal to all counsel of record this 15th day of June, 2018.

                    /s/ Thomas B. Bacon