## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

PATRICIA KENNEDY, Individually, :
        Plaintiff, :
v. :
RHODA SOLANO, :
       : Case No. 6:17-cv-00605-CEM-GJK
        Defendant. :
_____/ :

### PLAINTIFF'S NOTICE OF FILING ADDITIONAL EXHIBITS

Plaintiff, by and through undersigned counsel, hereby files Exhibits F13-F25 in support of her Memorandum In Opposition To Defendant's Motion For Attorney Fees And Costs, filed at DE 68.

    Respectfully Submitted,

    Thomas B. Bacon, P.A.
    644 N. Mc Donald Street
    Mt. Dora, FL
    954-478-7811
    fx 954-237-1990
    tbb@thomasbaconlaw.com
    Florida Bar. Id. No. 139262

    By:  /s/ Thomas B. Bacon
        Thomas B. Bacon, Esq.

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record this 23rd day of June, 2018.

    /s/ Thomas B. Bacon