# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA KENNEDY,**

        **Plaintiff,**

**v.**                                  **Case No:   6:17-cv-605-Orl-41GJK**

**RHODA SOLANO and SOLANO
ENTERPRISES, INC.,**

        **Defendants.**

---

# ORDER

This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' RENEWED MOTION FOR ATTORNEYS' FEES AND COSTS (Doc. No. 66)** |
| **FILED:** | **June 11, 2018** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO STRIKE AND/OR FOR STAY (Doc. No. 67)** |
| **FILED:** | **June 15, 2018** |

**THEREON** it is **ORDERED** that the motion is **DENIED AS MOOT**.

On January 18, 2018, United States District Judge Carlos E. Mendoza dismissed this case with prejudice, finding that the Court lacked subject matter jurisdiction over the case. Doc. No. 55. On January 22, 2018, Plaintiff filed a notice of appeal. Doc. No. 56. On February 1, 2018,

Defendants filed a motion for attorneys' fees. Doc. No. 59. On February 5, 2018, the Court denied Defendants' motion for attorneys' fees and directed them to file a renewed motion, if appropriate, after appellate proceedings have concluded and after conferring with Plaintiff in a good faith effort to resolve the issue of fees. Doc. No. 63 at 2.

On May 29, 2018, the Eleventh Circuit issued an opinion affirming Judge Mendoza's decision. Doc. No. 65. On June 11, 2018, Defendants filed a renewed motion for attorneys' fees (the "Motion for Attorneys' Fees"). Doc. No. 66.

On June 15, 2018, Plaintiff filed a motion requesting that the Court strike the Motion for Attorneys' Fees or, in the alternative, stay the proceedings (the "Motion to Strike"). Doc. No. 67. Plaintiff states that the Eleventh Circuit issued an opinion affirming Judge Mendoza's decision, but it has not issued a mandate regarding the same. *Id.* at 2. Plaintiff also states that she timely filed a petition for rehearing en banc with the Eleventh Circuit before Defendants filed the Motion for Attorneys' Fees. *Id.* Defendants never filed a response to the Motion to Strike.

Considering that: 1) Plaintiff filed a petition for rehearing en banc with the Eleventh Circuit; and 2) the Eleventh Circuit has yet to issue a mandate on its May 29, 2018 opinion, it does not appear that the Eleventh Circuit's en banc consideration would be better informed if accompanied by a decision on attorneys' fees. Moreover, the Eleventh Circuit's en banc determination of Plaintiff's appeal may affect the Court's consideration of the Motion. Accordingly, the Court finds it appropriate to deny the Motion for Attorneys' Fees and deny the Motion to Strike as moot. *See* Comments to 1993 Amendments to Fed. R. Civ. P. 58. Defendants may renew the Motion for Attorneys' Fees, if appropriate, after the Eleventh Circuit issues a mandate on its May 29, 2018 opinion and after conferring with Plaintiff in a good faith effort to resolve the issue of fees.

Considering the foregoing, it is **ORDERED** that:

1) The Motion for Attorneys' Fees (Doc. No. 66) is **DENIED**; and

2) The Motion to Strike (Doc. No. 67) is **DENIED AS MOOT.**

**DONE** and **ORDERED** in Orlando, Florida on July 16, 2018.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties