UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PATRICIA KENNEDY,**

    **Plaintiff,**

**v.**                                                Case No: 6:17-cv-605-Orl-41GJK

**RHODA SOLANO and SOLANO ENTERPRISES, INC.,**

    **Defendants.**

                                                        /

**ORDER**

THIS CAUSE is before the Court on Defendants' Second Renewed Motion for Attorneys' Fees and Costs (Doc. 74). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 79), recommending that the Court deny the motion.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 79) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Second Renewed Motion for Attorneys' Fees and Costs (Doc. 74) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on November 27, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record